UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
UNITED STATES OF AMERICA,

                - against -

CHARLES BLAZER,

                Defendant.
------------------------------------------------------------ x

**MEMORANDUM & ORDER**

13 CR 602 (RJD)

RAYMOND J. DEARIE, United States District Judge:

       The government's investigation into employees and associates of the Fédération Internationale de Football Association has invited a vast amount of worldwide press attention. Presently before the Court are the applications of five non-party members of the media, requesting that defendant Charles Blazer's plea agreement with the government be unsealed. The government opposes these applications. Because the Court concludes that the government has not met its high burden of establishing that continued sealing is necessary to prevent a substantial probability of prejudice to a compelling government interest, the applications to unseal the agreement are granted.

       This order is stayed until June 15, 2015, at which point the government must either post a copy of the agreement to the case docket or indicate its intention to appeal this order. If the government appeals, this order is stayed pending appeal. Any application by the government to redact any portion of the agreement before docketing must be made by the end of the day on June 12, 2015.

A memorandum and order setting forth the reasons for this decision has been filed under seal. If the parties do not appeal, that opinion will be unsealed on June 15, 2015. Otherwise, the opinion will be unsealed, if at all, following the resolution of an appeal.

SO ORDERED.

Dated: Brooklyn, New York
June 11, 2015

/s/ Judge Raymond J. Dearie

RAYMOND J. DEARIE
United States District Judge